UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2012 SEP 17 PM 3:55

SIGN_____
BY DEPUTY CLERK

HENRY JONES
    PLAINTIFF.

Case No.

-v-

COLLECTION COMPANY OF AMERICA,
    DEFENDANT.

## COMPLAINT

Plaintiff, HENRY JONES, hereby sues Defendant, COLLECTION COMPANY OF AMERICA; and alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq*.

### JURISDICTION AND VENUE

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

3. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

4. All conditions precedent to the bringing of this action have been performed, waived or excused.

### FACTUAL ALLEGATIONS

5. The conditions to obtain permissible purpose to make a pull of PLAINTIFF's consumer report, as per FRCA 15 U.S.C. § 1681b, are not being met by DEFENDANT.

6. Since June 2, 2011, PLAINTIFF's EXPERIAN consumer reports keeps showing two non-permissible purpose pulls, that PLAINTIFF is not authorizing, been made by DEFENDANT.

7. Since July 8, 2011, PLAINTIFF's EXPERIAN consumer reports keeps showing a non-permissible purpose pull, that PLAINTIFF is not authorizing, been made by DEFENDANT.

8. On April 12, 2012, a Unauthorized Credit Inquiry letter was sent, via certified mail letter #7011 3500 0002 2526 0266, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF.

9. PLAINTIFF is in possession of a signed confirmation receipt, from the USPS for the certified mail letter #7011 3500 0002 2526 0266, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF.

10. June 14, 2012, a Notice of Pending Lawsuit was sent, via certified mail letter #7011 3500 0002 2527 2672, offering an opportunity to amicably settle violations to the FCRA and FDCPA outside of court, to the DEFENDANT.

11. PLAINTIFF is in possession of a signed confirmation receipt, from the USPS for the registered mailed letter #7011 3500 0002 2527 2672, Notice of Pending Lawsuit, dated April 23, 2012, being evidence and confirmation that this letter was received by DEFENDANT.

12. PLAINTIFF respectfully comes, and ask, and demands to this court, remedy to all FCRA and FDCPA violations, against PLAINTIFF, been committed by DEFENDANT.

## COUNT I

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681**

**WILLFUL NON-COMPLIANCE BY DEFENDANT**

13. Paragraphs 1 through 14 are re-alleged as though fully set forth herein.

14. The definition of a "consumer", within the meaning of FCRA 15 U.S.C. §1681a(c), describes the PLAINTIFF.

15. The definition of a "corporation", within the meaning of FCRA 15 U.S.C. §1681a(b), describes the DEFENDANT.

16. The conditions to obtain permissible purpose to make a pull of PLAINTIFF's consumer report, as per FCRA 15 U.S.C. § 1681b, are not being met by DEFENDANT.

17. On 3 different occasions, PLAINTIFF's EXPERIAN consumer reports keeps showing non-permissible purpose inquiries/pulls, that PLAINTIFF is not authorizing, that are been made by DEFENDANT.

WHEREFORE, PLAINTIFF demands judgment for damages in the amount of $3,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to FCRA 15 U.S.C. §

**WHEREFORE,** PLAINTIFF demands judgment for damages against DEFENDANT, and $3,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to FCRA 15 U.S.C. §1681n (a) (3), FCRA 15 U.S.C. §1681o (a) and FDCPA 15 U.S.C. §1692k

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: June 27, 2012

Respectfully submitted,
AUTHORIZED AGENT FOR HENRY JONES

Henry Jones
37459 ULTIMA PLAZA BLVD 226
PRAIRIEVILLE, LA 70769
858-956-7677